**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CASSUNDRA TILLMAN,

     Plaintiff

     v.

DISTRICT OF COLUMBIA,

     Defendant

Civil Action No. 14-1542 (CKK)

**MEMORANDUM OPINION**
(August 24, 2015)

On July 29, 2015, the Magistrate Judge G. Michael Harvey's Report and Recommendation was entered, and the parties were allowed 14 days to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's [21] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full. The Court GRANTS IN PART and DENIES IN PART both Plaintiff's [10] Motion for Summary Judgment and Defendant's [12] Cross-Motion for Summary Judgment.

Plaintiff is awarded total fees and costs of $38,353.31 as calculated at page 25 of Magistrate Judge Harvey's Report and Recommendation. Defendant shall make this payment to Plaintiff no later than October 1, 2015.

This Court dismisses this case in its entirety.

An appropriate Order accompanies this Memorandum Opinion.

                                    /s/
                                   COLLEEN KOLLAR-KOTELLY
                                   United States District Judge